John R. Foote and Andrew J. Foote, Respondents, v. Carrie Adams and Others, Defendants. David Bandler, Respondent; The People of the State of New York, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

Anna Guglielmo, as Administratrix, etc., of Michael Guglielmo, Deceased, Respondent, v. Church Engineering Corporation, Appellant, Impleaded with Others, Defendants.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

Rae L. Hoffman and Others, Respondents, v. Harold Ringer and Louis V. Massey, Appellants.— Motion to compel the attorneys for defendant Ringer to incorporate in their record the notice of appeal and answers of defendant Massey denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application of Brooklyn Bar Association in Respect of Saul I. Agulnek, an Attorney and Counselor at Law.— Matter referred to Hon. James C. Van Siclen, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application of James W. Byrnes Shellac Company, Inc., Respondent, for an Order Directing that Charles Charcowsky, Appellant, Proceed to Arbitrate a Certain Controversy between Said Petitioner and Said Respondent.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application of The City of New York Relative to Acquiring Title, etc., Northern Boulevard (Broadway-Jackson Avenue), from Auburndale (Cemetery) Lane to the Easterly Boundary Line of the City of New York, etc. The City of New York, Appellant, Respondent; Samuel Carlson and Abraham Barger, Copartners, etc., Appellants; Twinboro Corporation and Others, Respondents.— Motions for reargument denied. Motions for leave to appeal to the Court of Appeals denied. The final decree was modified by this court and in our opinion an application for leave to appeal is unnecessary. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Petition of Catherine Belton, etc., Substituted in Place of Teresa Dempsey, to Prove the Last Will and Testament of Thomas Dempsey, Late of the County of Kings, Deceased. Catherine Belton, Individually and as Executrix, etc., Respondent; James J. Ryan, Executor and Trustee Named in the Will of Thomas Dempsey, Deceased, Dated June 8, 1921, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application of George Gru and Eugene Dunne, Appellants, as Coexecutors of the Estate of Margaret H. Dunne, Late of the County of Kings, Deceased, to Discover Property of the Said Estate Pursuant to Section 205 of the Surrogate's Court Act. Patrick J. Dunne, Respondent.— Motion